**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **VARI-VOLT TECHNOLOGIES, LLC,** § | |
| § | |
| **v.** § | |
| § | **CIVIL ACTION NO. 6:16-CV-1042-** |
| § | **RWS-KNM** |
| **PERFECTION PEN LLC, A** § | |
| **CALIFORNIA CORPROATION** § | |

# ORDER

The Court has considered Vari-Volt Technologies, LLC's ("Plaintiff") Notice of Voluntary Dismissal of Defendant Perfection Pen LLC, a California Corporation ("Defendant" or "Perfection Pen") pursuant to Federal Rule of Civil Procedure 41(a) ("the Notice"). The Court is of the opinion that the Notice should be **APPROVED**.

It is therefore **ORDERED** that Plaintiff's claims for relief against Perfection Pen be **DISMISSED WITH PREJUDICE.**

SIGNED this 20th day of April, 2017.

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE